# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>BENTIBO, et al.,<br><br>       Defendants. | Case No. 18-cv-01856-JCS<br><br>**ORDER FOR SUPPLEMENTAL MATERIALS IN SUPPORT OF EX PARTE APPLICATION** |

Plaintiffs have requested leave to serve Defendants Bentibo, a business entity, and Jinliang Qian, an individual, by alternative means of service of process pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. *See* Docket No. 27 ("Ex Parte Application"). Although they state in the Ex Parte Application that Jinliang Qian "was found to be the owner of the Bentibo trademark," Plaintiffs have not provided any evidence in support of that assertion or identified any particular trademark that allows the Court to determine that the requested means of service of process is likely to be effective as to this defendant. Plaintiffs are requested to provide an additional declaration and, if appropriate, relevant evidence showing that Jinliang Qian is the owner of any trademark that is relevant to this action and, more broadly, that the requested alternative service is reasonably likely to apprise this defendant of the pendency of this action.

**IT IS SO ORDERED.**

Dated: November 15, 2018

JOSEPH C. SPERO
Chief Magistrate Judge