ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
ILENE H. GOLDBERG (SBN 168051)
igoldberg@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
INGRID & ISABEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID & ISABEL, LLC, | Case No. 18-cv-01856-HSG |
| Plaintiff, | **[PROPOSED] ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANTS BENTIBO AND JINLIANG QIAN** |
| v. | |
| BENTIBO, a business organization form, unknown, and JINLIANG QIAN, an individual, | DATE: MAY 17, 2019<br>TIME: 9:30 AM<br>JUDGE: HON. JOSEPH C. SPERO<br>COURTROOM: G |
| Defendants. | |

The Court, having considered Plaintiff Ingrid & Isabel, LLC's ("Ingrid & Isabel") Motion for Default Judgment and a Permanent Injunction Against Defendants Bentibo and Jinliang Qian ("Defendants"), Memorandum of Points and Authorities, in Support of its Motion for Default Judgment, the Declaration of Ilene H. Goldberg, the default entered by the clerk on file herein, the Complaint, and all of the other relevant papers and pleadings on file with the Court in this matter, now enters its permanent injunction as follows:

Defendants Bentibo and Jinliang Qian, their directors, principals, officers, attorneys, agents, servants, managers, employees, dba's, affiliates, representatives, successors, and assigns, and all

those acting in concert or participation with them shall be, and hereby are, PERMANENTLY ENJOINED and RESTRAINED from directly or indirectly:

    a. Making, using, offering for sale, advertising and/or selling any product that infringes—either directly and/or indirectly—the Patents-in-Suit and/or the BELLABAND Trademark;

    b. Using any statements and images on any website, including but not limited to the Amazon.com website, and any advertising, packaging, and any marketing materials that describe, explain, show, demonstrate, or illustrate the function of any product in a manner that suggests, induces, infers, or indicates use or methods of use that constitutes an infringement of the Patents-in-Suit, including but not limited to statements and/or words such as "cover", "hide", "hold-up", "cover your unbuttoned pants", "hide unbuttoned pants and skirts", "holds up maternity jeans and pants that are too loose", "hold up your pants with a maternity band", and similar language;

    c. Using the BELLABAND Trademark, or any confusingly similar name or trademark, in connection with advertising, promoting, selling or distributing maternity band or belly band products;

    d. Purchasing, registering or using BELLABAND or BELLABAND as a user name, domain name, keyword or online advertising trigger;

    e. Any online advertising or keyword advertising for maternity bands or belly bands without the term BELLABAND and BELLABAND as a "negative match" keyword;

    f. Promoting Defendants' website or products by using BELLABAND or similar terms in the source code or its online advertising, or in meta tags, or in any way to trigger the retrieval or online search ranking of its website;

    g. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a)-(f) above.

**IT IS SO ORDERED:**

DATED: 6/18/2019

_Haywood S. Gilliam Jr._
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge